1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC DAYS, CA Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MICHAEL BROGAN

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:07-mj-00176 SMS
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; AND ORDER
13         v.                          )   THEREON
                                       )
14  MICHAEL BROGAN,                    )   Date:  September 20, 2007
                                       )   Time:  9:00 A.M.
15                  Defendant.         )   Judge: Hon. Sandra M. Snyder
                                       )
16  _____)

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for August 23, 2007, **may be continued to September 20, 2007 at 9:00 a.m.**

21         This continuance is requested by counsel for the defendant to allow additional time for defense

22  preparation and further investigation prior to hearing, and will conserve time and resources for both

23  counsel and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3  3161(h)(8)(B)(i) and (iv).

4                                                          McGREGOR M. SCOTT
                                                           United States Attorney
5

6  DATED: August 15, 2007                      By   /s/ Mark J. McKeon
                                                          MARK J. McKEON
7                                                         Assistant United States Attorney
                                                          Attorney for Plaintiff
8

9                                                          DANIEL J. BRODERICK
                                                           Federal Defender
10

11  DATED: August 15, 2007                     By   /s/ Marc Days
                                                          MARC DAYS
12                                                        Assistant Federal Defender
                                                          Attorney for Defendant
13                                                        MICHAEL BROGAN

14

15                                    **ORDER**

16    Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

17

18      IT IS SO ORDERED.

19    **Dated:   August 16, 2007**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28  Stipulation to Continue Status Conference
    Hearing; and [Proposed] Order Thereon              2